IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GERARD TANK & STEEL, INC.<br><br>Plaintiff,<br><br>v.<br><br>AIRGAS USA, LLC,<br><br>Defendant. | Case No. 2:17-cv-02259 |

_____

NOTICE OF CHANGE OF ADDRESS AND WITHDRAWAL OF APPEARANCE OF
SHOOK, HARDY & BACON, L.L.P.
_____

Defendant Airgas USA, LLC, provides formal notice of the withdrawal of Jennifer Varon and Shook, Hardy & Bacon, L.L.P. as additional counsel for Airgas. Airgas continues to be represented by lead trial counsel, Patrick N. Fanning. Mr. Fanning has changed law firms to PEAK Litigation LLP and hereby provides formal notice of his change of address to 4900 Main Street, Suite 160, Kansas City, Missouri 64112.

No party will suffer prejudice as a result of the withdrawal as lead defense counsel continues to prepare for the upcoming trial and does not seek to delay or continue the January 2019 trial date.

Dated:  December 28, 2018

Respectfully Submitted,

PEAK LITIGATION LLP

/s/ Patrick N. Fanning
Patrick N. Fanning, #19015
4900 Main Street, Suite 1630
Kansas City, Missouri 64112
Telephone: (816) 281-5404
pfanning@peaklitigation.com

ATTORNEYS FOR DEFENDANT

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF with a copy being delivered electronically to all counsel on record this 28th day of December, 2018.

 /s/ Patrick N. Fanning
*An Attorney for Defendant*